AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Michelina Vargas and Angel Vargas, Sr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV 11-2600 |
| Zimmer Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer Inc., Zimmer Holdings, Inc. and Zimmer Orthopaedic Surgical Products, Inc.

Date:     07/08/2011

*Attorney's signature*

Phoebe A. Wilkinson, 2606713
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112

*Address*

pwilkinson@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*