# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 11-CV-2600                                    Date Filed: _____

Plaintiff:
**Michelina Vargas, et al.**

vs.

Defendant:
**Zimmer, Inc. et al.**

Received by Nicoletti & Harris Inc. to be served on **Zimmer Inc., 345 East Main Street, Warsaw, IN 46580**.

I, Robert Word, do hereby affirm that on the **1st day of July, 2011 at 1:45 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Trisha Johnson as Legal Agent for Zimmer Inc.**, at the address of: **345 East Main Street, Warsaw, IN 46580**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

*Robert Word*
**Robert Word**
Process Server

**Nicoletti & Harris Inc.**
**116 John Street**
**Suite 300**
**New York, NY 10038**
**(212) 267-6448**
Our Job Serial Number: HLR-2011000493