**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

---

MICHELINA VARGAS and ANGEL VARGAS, SR.,

                Plaintiffs,

   -against-

ZIMMER, INC., ZIMMER HOLDINGS, INC., and
ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,

                Defendants.

---

**CASE NUMBER:**
1:11-cv-02600-BMC

**JURY TRIAL DEMANDED**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer Orthopaedic Surgical Products, Inc., states it is a wholly-owned subsidiary of Zimmer, Inc. Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held corporation. No other publicly held corporation owns 10% or more of Zimmer Orthopaedic Surgical Products, Inc.

DATED:  August 3, 2011

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, PW-3143
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:  (646) 710-1157
pwilkinson@chadbourne.com

Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com